```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         COLUMBIA DIVISION
```

CLANT M. SEAY,                   )
                                 )
        Plaintiff,               )
                                 )
             v.                  )  NO. 1:16-cv-0068
                                 )  Chief Judge Crenshaw/Brown
BUCKY ROWLAND, et al.,           )  JURY DEMAND
                                 )
        Defendants.              )

## O R D E R

At the request of the parties, a telephone conference call is set with the Magistrate Judge for **Tuesday, September 5, 2017, at 3:00 p.m.** To participate in the conference call, the parties are directed to dial **(877) 873-8017 at the scheduled time and enter Access Code 1958322# when prompted. By 10:00 a.m. on Tuesday, September 5, 2017**, the parties should submit a brief joint statement of the issues and a short statement of their respective positions on the issues to: brownchambers@tnmd.uscourts.gov.

It is so **ORDERED**.

                                          /s/ Joe B. Brown
                                        JOE B. BROWN
                                        United States Magistrate Judge