UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CLANT M. SEAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00068 |
| | ) | Chief Judge Crenshaw |
| BUCKY ROWLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 97) in which he recommends that the Motions to Dismiss filed by Jerry W. Harris (Doc. No. 63), David Sisk (Doc. No. 66), and Callaway Dial (Doc. No. 69) be denied without prejudice. No objections have been filed.

Having considered the matter *de novo* review as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because "[t]he factual allegations in the amended complaint, if accepted as true, raise a plausible claim of a civil conspiracy amongst the individual Defendants." (Doc. No. 97 at 10). Accordingly, the Report and Recommendation (Doc. No. 97) is **ADOPTED**, and the Motions to Dismiss (Doc. Nos. 63, 66 & 69) are **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE