**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **CLANT M. SEAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:16-cv-00068** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **BUCKY ROWLAND, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Defendant Jerry W. Harris' Motion to Continue and Reschedule Pretrial Conference (Doc. No. 164), which is unopposed, is **GRANTED.**

The pretrial conference scheduled for October 26, 2018 is RESCHEDULED for **October 22, 2018,** at 4:00 p.m. in Courtroom A-859, United States Courthouse, 801 Broadway, Nashville, TN.   All other pretrial deadlines remain as set out in the Trial Order (Doc. No. 150.)

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE